**Elvis Joseph AMARAME,
Plaintiff—Appellant,**

v.

**Robert GATES, in his individual capacity; Joseph Owens, in his individual capacity, Defendants—Appellees.**

No. 09–7820.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 17, 2010.

Decided: Nov. 30, 2010.

Elvis Joseph Amarame, Appellant Pro Se. Beth Drake, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before GREGORY, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elvis Joseph Amarame appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*